IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY, KANSAS, DOCKET)

UNITED STATES OF AMERICA,

      Plaintiff,

           vs.                           No.   19-20027-CM-TJJ

JOSE SANCHEZ,
        a.k.a. JOSE ARNULFO SANCHEZ,
ROBERT L. WHITE II, and
DANIEL ZAMORA-LOPEZ,

      Defendants.

## **INDICTMENT**

The Grand Jury charges:

### Count 1

On or about April 11, 2019, in the District of Kansas, the defendants,

JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ, and

DANIEL ZAMORA-LOPEZ,

aiding and abetting each other, knowingly and intentionally distributed more than 50

grams of a mixture and substance containing methamphetamine, a controlled substance.

This was done in violation of Title 21, United States Code, Sections 841(a)(1) &

841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

### Count 2

On or about April 22, 2019, in the District of Kansas, the defendants,

JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ,

ROBERT L. WHITE II, and

DANIEL ZAMORA-LOPEZ,

knowingly and intentionally conspired and agreed with each other, and with others known and unknown to the grand jury, to distribute more than 50 grams of a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), which includes the reasonably foreseeable conduct of other members of the conspiracy.   This was done in violation of Title 21, United States Code, Section 846.

Count 3

On or about April 22, 2019, in the District of Kansas, the defendants,

JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ, and

ROBERT L. WHITE II,

aiding and abetting each other, knowingly used and carried a firearm, a Smith & Wesson .40 caliber pistol, model SW40VE, serial number DUS7466, during and in relation to the conspiracy to distribute more than 50 grams of a mixture and substance containing methamphetamine, a controlled substance, as set forth in Count 2 of this indictment, which is a drug trafficking crime for which they may be prosecuted in a court of the United States, and they possessed that firearm in furtherance of that drug trafficking crime.   This was done in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(i).

2

## Count 4

On or about April 22, 2019, in the District of Kansas, the defendant,

JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ,

then being an alien illegally and unlawfully in the United States, knowingly and

unlawfully possessed in and affecting interstate and foreign commerce the following

firearms and ammunition: a Smith & Wesson .40 caliber pistol, model SW40VE, serial

number DUS7466; a Beretta USA 9 mm. pistol, serial number BER213282Z; a Palmetto

State Armory AR-15 rifle, .223 caliber, serial number PA068686; a Star B. Echeverria

España 9 mm. pistol, serial number 22456; an SCCY CPX-1 9 mm. pistol, serial number

157929; an Armi Tanfoglio Giuseppe .25 ACP caliber pistol, model GT 27, serial number

MI79322; and the ammunition associated with those firearms.   This was done in

violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 2, 3, and 4 of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

Title 18, United States Code, Section 924(d), Title 28, United States Code, Section

2461(c), and Title 21, United States Code Section 853.

Upon conviction of the offense identified in Count 2 of this Indictment, the

defendant, JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ, shall forfeit to the

United States, pursuant to Title 21, United States Code, Section 853 all property used or

intended to be used to facilitate the commission of the offense, including, but not limited

3

to, a Smith & Wesson .40 caliber pistol, model SW40VE, serial number DUS7466; a

Beretta USA 9 mm. pistol, serial number BER213282Z; a Palmetto State Armory AR-15

rifle, .223 caliber, serial number PA068686; a Star B. Echeverria España 9 mm. pistol,

serial number 22456; an SCCY CPX-1 9 mm. pistol, serial number 157929; an Armi

Tanfoglio Giuseppe .25 ACP caliber pistol, model GT 27, serial number MI79322; and

the ammunition associated with those firearms, all seized by law enforcement officers on

April 22, 2019.

Upon conviction of the offense identified in Count 3 of this Indictment, the

defendants, JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ, and ROBERT

WHITE, shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense, including, but not limited to, a

Smith & Wesson .40 caliber pistol, model SW40VE, serial number DUS7466, and

associated ammunition, seized by law enforcement officers on April 22, 2019.

Upon conviction of the offense identified in Count 4 of this Indictment, the

defendant, JOSE SANCHEZ, a.k.a. JOSE ARNULFO SANCHEZ, shall forfeit to the

United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28,

United States Code, Section 2461(c), any firearms and ammunition involved in the

commission of the offense, including, but not limited to, a Smith & Wesson .40 caliber

pistol, model SW40VE, serial number DUS7466; a Beretta USA 9 mm. pistol, serial

number BER213282Z; a Palmetto State Armory AR-15 rifle, .223 caliber, serial number

PA068686; a Star B. Echeverria España 9 mm. pistol, serial number 22456; an SCCY

CPX-1 9 mm. pistol, serial number 157929; an Armi Tanfoglio Giuseppe .25 ACP caliber

pistol, model GT 27, serial number MI79322; and the ammunition associated with those

firearms, all seized by law enforcement officers on April 22, 2019.

A TRUE BILL.


Dated:   May 8, 2019                                        s/ Foreperson
                                                           FOREPERSON


s/ Leon Patton, AUSA, 11782, for:
Stephen R. McAllister
United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
Stephen.McAllister@usdoj.gov
Kan. S. Ct. No. 15845

(The plaintiff requests that the trial of the above-captioned case be held in Kansas City,
Kansas.)

5

PENALTIES:

**Count 1** (Sanchez and Zamora-Lopez) and **Count 2** (Sanchez, White, and Zamora-Lopez), as to each count: Not less than 5 nor more than 40 years' imprisonment, a fine not to exceed $2,000,000, a term of supervised release of at least 4 years, and a special assessment of $100.

**Count 3** (Sanchez and White): A term of imprisonment that may not be less than five years nor more than imprisonment for life (which shall not run concurrently with any other term of imprisonment), a fine of not more than $250,000, a term of supervised release of not more than five years, and a special assessment of $100.

**Count 4** (Sanchez only): A term of imprisonment of not more than 10 years, a fine of not more than $250,000, a term of supervised release of not more than three years, and a special assessment of $100.